JS-6

*FILED CLERK, U.S. DISTRICT COURT — MAR 26 2008 — CENTRAL DISTRICT OF CALIFORNIA — BY / DEPUTY*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| MIKEAL GLENN STINE, et al., | Case No. EDCV 08-0344-RGK(MLG) |
| Plaintiffs, | JUDGMENT |
| v. | |
| SAN BERNARDINO COUNTY JAIL, et al., | |
| Defendants. | |

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: MAR 25 2008

_____
R. Gary Klausner
United States District Judge

*ENTERED - SOUTHERN DIVISION CLERK, U.S. DISTRICT COURT — MAR 27 2008 — CENTRAL DISTRICT OF CALIFORNIA — BY / DEPUTY*